1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RICKY LEE STEWART,

11           Plaintiff,                    No.  CIV S-11-2536 GGH P

12       vs.

13   SACRAMENTO COUNTY MAIN
     JAIL, et al.,

14
             Defendants.              ORDER

15
     _____/

16

17           Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

18   to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28

19   U.S.C. § 1915.  However, the certificate portion of the request which must be completed by

20   plaintiff's institution of incarceration has not been filled out.  Also, plaintiff has not filed a

21   certified copy of his prison trust account statement for the six month period immediately

22   preceding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the

23   opportunity to submit a completed in forma pauperis application and a certified copy in support

24   of his application.

25   /////

26   /////

                                         1

1    In accordance with the above, IT IS HEREBY ORDERED that:

2    1.  Plaintiff shall submit, within thirty days from the date of this order, a

3  completed affidavit in support of his request to proceed in forma pauperis on the form provided

4  by the Clerk of Court;

5    2.  The Clerk of the Court is directed to send plaintiff a new Application to

6  Proceed In Forma Pauperis By a Prisoner; and

7    3.  Plaintiff shall submit, within thirty days from the date of this order, a certified

8  copy of his prison trust account statement for the six month period immediately preceding the

9  filing of the complaint.  Plaintiff's failure to comply with this order will result in a

10  recommendation that this action be dismissed without prejudice.

11  DATED: October 13, 2011

12                                    /s/ Gregory G. Hollows
                              UNITED STATES MAGISTRATE JUDGE

13

14  GGH:mp
   stew2536.3c+new

15

16

17

18

19

20

21

22

23

24

25

26

2